UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
IN COURT
ASHEVILLE, N.C.

MAR 29 2010

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 1:04CR10-3 |
| v. ) | |
| ) | **ORDER TO UNSEAL** |
| 1) HECTOR RUVEN RIVERA, ) | |
| 2) SANTOS ISABEL PORTILLO MONTOYA, ) | |
| 3) ANTONIO PORTILLO MENDOZA ) | |

THIS MATTER is before the Court on motion of the Government to unseal the case on defendant ANTONIO PORTILLO MENDOZA in the captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the case on defendant ANTONIO PORTILLO MENDOZA in this criminal action is hereby UNSEALED.

This the 25th day of March, 2010.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE